## BOARD OF COMMISSIONERS OF THE COUNTY OF WABASH v. PUBLIC SERVICE COMMISSION ET AL.

[No. 11,083.   Filed October 7, 1921.]

From Grant Circuit Court; *J. L. Charles*, Judge.

Action between the Board of Commissioners of the County of Wabash and the Public Service Commission and others.   From the judgment rendered, the former appeals.   *Affirmed.*

*Warren G. Sayre*, for appellant.

*U. S. Lesh*, Attorney-General, and *Holman, Bernetha and Miller*, for appellees.

PER CURIAM.—Appellees' motion to dismiss appeal overruled. Judgment affirmed.

## BICKEL v. McCALL.

[No. 11,093.   Filed October 7, 1921.]

From Vigo Superior Court; *William P. Gleason*, Judge.

Action between Benjamin Bickel and James McCall.   From the judgment rendered, the former appeals.   *Affirmed.*

*Charles S. Batt*, for appellant.

*Hamill, Hickey, Evans* and *Danner*, for appellee.

PER CURIAM.—Appellee's motion to dismiss appeal overruled. Judgment affirmed.

## NATIONAL CASH REGISTER COMPANY v. MATTOX ET AL.

[No. 10,984.   Filed October 13, 1921.]

From Newton Circuit Court; *C. W. Hanley*, Judge.

Action between the National Cash Register Company and Warren Mattox and another.   From the judgment rendered, the former appeals.   *Affirmed.*

*P. B. Cunningham*, for appellant.

*R. R. Cummings* and *R. L. Ewbank*, for appellees.

PER CURIAM.—Judgment affirmed.